UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KOLACKI,<br><br>      Petitioner,<br><br>   v.<br><br>WILLIAM DUNCAN, et al.,<br><br>      Respondent.<br>_____/ | No. C 00-0251 MHP<br><br>**JUDGMENT** |

    The petition for writ of habeas corpus is denied on the merits.

    IT IS SO ORDERED AND ADJUDGED.

DATED: July 8, 2008

                                          Marilyn Hall Patel<br>
                                          United States District Judge