UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD KOLACKI,

    Petitioner,

v.

WILLIAM DUNCAN, et al.,

    Respondents.

No. C 00-00251 MHP

**ORDER**

**Re: Request for Certificate of Appealability**

    Petitioner requests a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b). Petitioner's request is DENIED because petitioner has not "made a substantial showing of the denial of a constitutional right" as required under 28 U.S.C. § 2253(c)(2). The Clerk shall forward to the court of appeals the case file with this order. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

IT IS SO ORDERED.

Dated: August 22, 2008

MARILYN HALL PATEL
United States District Court Judge
Northern District of California